UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMEI ZHANG,<br><br>Petitioner,<br><br>v.<br><br>WARDEN CALIFORNIA CITY CORRECTIONAL CENTER, et al.<br><br>Respondents. | No. 1:26-cv-03419-DAD-CKD<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 10) |

Petitioner Lamei Zhang is a federal immigration detainee proceeding *pro se* with a petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On May 28, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's *habeas* petition filed in this case be dismissed as duplicative of the petition filed in *Zhang v. Warden of the California City Detention Facility, et al.*, 1:26-cv-03316-KES-SAB. (Doc. No. 10.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) To date, no objections have been filed and the time in which to do so has now passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.    The findings and recommendations issued on May 28, 2026, (Doc. No. 10) are ADOPTED IN FULL;

2.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is hereby DISMISSED as duplicative of the petition filed in *Zhang v. Warden of the California City Detention Facility, et al.*, 1:26-cv-03316-KES-SAB; and

3.    The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:    **June 18, 2026**                                 _Dale A. Drozd_____
                                                 DALE A. DROZD
                                                 UNITED STATES DISTRICT JUDGE

2